**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elias MALDONADO, a.k.a. Gordo,**
**Defendant–Appellant.**

**No. 08–15261**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 30, 2009.

Elias Maldonado, Coleman, FL, pro se.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and COX, Circuit Judges.

PER CURIAM:

Michael G. Donaldson, appointed counsel for Elias Maldonado, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Maldonado's conviction and sentence are **AFFIRMED.**